RECEIVED
IN ALEXANDRIA, LA.

AUG - 8 2012

TONY R. MOORE, CLERK
BY_____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LAWRENCE RICKS,<br>  Plaintiff | CIVIL ACTION NO.12-0349 |
| VERSUS | JUDGE DEE D. DRELL |
| CITY OF ALEXANDRIA, et al.,<br>  Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein (characterized as a motion to reconsider (Doc. No. 28), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Sheriff Wagner's motion to dismiss (Doc. 7) is GRANTED IN PART and Ricks' action against the "Rapides Parish Sheriff's Office" is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Sheriff Wagner's motion to dismiss (Doc. 7) is GRANTED IN PART, and Ricks' action for punitive damages against Sheriff Wagner in his official capacity is DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Sheriff Wagner's motion to dismiss (Doc. 7) Ricks' action against Sheriff Wagner in his individual capacity is DENIED.

IT IS FURTHER ORDERED that Acadian Ambulance Service, Inc.'s motion to dismiss (Doc. 5) is GRANTED, Ricks' Section 1983 action against Acadian Ambulance is DISMISSED WITH PREJUDICE, and Ricks'

medical malpractice claim against Acadian Ambulance is DISMISSED WITHOUT PREJUDICE AS PREMATURE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of AUGUST, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE